# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:04CV502-C

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**LSRWM CORPORATION d/b/a RWM CASTERS COMPANY,** )<br>)<br>**Defendant.** )<br>) | **ORDER** |

**THIS MATTER** is before the Court following the referral to the undersigned of the "Plaintiff's Motion for Default Judgment and Request for Hearing on Damages" (documents ##8 and 9)[1] filed May 27, 2005, by Order of the Honorable Robert J. Conrad, Jr. filed March 6, 2006 (document #11).

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. This matter is set for a hearing, on the issue of damages only, to be conducted on **Wednesday, April 12, 2006, at 9:30 a.m.** in Courtroom Number One of the United States Courthouse, located at 401 West Trade Street in Charlotte, North Carolina.

2. On or before **Tuesday, April 4, 2006,** the Plaintiff shall submit a brief and affidavit supporting the damages claim of the complainant, Glenda Green.

3. The Clerk is directed to send a copy of this Order to Plaintiff's counsel, as well as to the Defendant at the following address:

---

[1] The Motion was docketed twice by the Clerk of Court.

LSRWM Corporation
25 Vreeland Road
Building A
Florham Park, NJ 07932

4. The Clerk is further directed to send a copy of this Order to the Honorable Robert J. Conrad, Jr.

5. Should the Defendant, which to date has not answered the Complaint (or otherwise appeared), wish to file a responsive brief it may do so at any time prior to the hearing, or may move for a further extension upon a showing of excusable neglect or that the ends of justice so require.

**SO ORDERED**.

Signed: March 8, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge